NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELOISE K. HAHN,**
*Petitioner,*

v.

**ENVIRONMENTAL PROTECTION AGENCY,**
*Respondent.*

---

2012-3017

---

Petition for review of the Merit Systems Protection Board in case no. CH0752080671-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of Eloise K. Hahn's motion to withdraw her petition for review,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is withdrawn.

(2) Each side shall bear their own costs.

(3) All pending motions are moot.

For The Court

MAR 0 6 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Eloise K. Hahn
     Joseph A. Pixley, Esq.

s25

Issued As A Mandate:   MAR 0 6 2012
_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 6 2012

JAN HORBALY
CLERK